

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00036-CR

CALVIN LEWIS MANNING, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 21-0019X

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

In Count I of its indictment, the State charged Calvin Lewis Manning with possession of a controlled substance in an amount of four grams or more, but less than 200 grams, and, in Count II, he was charged with possession of a prohibited weapon. Manning pled not guilty to both counts. On February 23, 2022, a jury found him guilty of Count I,[1] but not guilty of Count II. In his sole issue on appeal, Manning contends that the judgment of conviction erroneously reflects that he was found guilty of Count II. A review of the trial court's judgment shows that the jury found him not guilty of Count II. However, the judgment erroneously also lists Count II in the section titled "Offense for which Defendant Convicted."

We modify the judgment of the trial court by striking the phrase "COUNT II: PROHIBITED WEAPON" from the paragraph titled "Offense for which Defendant Convicted." We affirm the trial court's judgment, as modified.

Charles van Cleef
Justice

Date Submitted:     August 19, 2022
Date Decided:       August 25, 2022

Do Not Publish

---

[1]Manning was sentenced to eleven years' confinement in prison for his possession conviction.